## JAMES NELSON v. THE STATE.

### *No. 476.   Decided May 19.*

**Jurisdiction of Court of Criminal Appeals in Cases Originating in Justice Court.**—Where a case originates in a Justice Court and is appealed to the County or District Court, and the judgment rendered or fine imposed in such latter court does not exceed $100, exclusive of costs, such judgment is final, and the Court of Criminal Appeals has no jurisdiction to entertain appeals from such judgments.

APPEAL from the District Court of Bexar. Tried below before Hon. GEORGE H. NOONAN.

Appellant was prosecuted, tried, and convicted on a complaint in the Justice Court which charged him with willfully poisoning a dog, the property of Dr. J. H. Moore. The punishment assessed against him in the Justice Court was a fine of $25. He appealed the case to the District Court, where he was tried and again convicted, the punishment again assessed being a fine of $25. From this judgment he

endeavors to prosecute this (another) appeal to the Court of Criminal Appeals.

No briefs in the record.

*R. L. Henry,* Assistant Attorney-General, for the State.

DAVIDSON, JUDGE.—Appellant was tried and convicted in, and prosecuted his appeal from, the Justice Court to the District Court. In the latter court he was again convicted. In each court his fine was assessed at $25.

This appeal must be dismissed, because this court can not entertain it for want of jurisdiction. By statute it is provided, that "the Court of Criminal Appeals shall have appellate jurisdiction co-extensive with the limits of the State in all criminal cases of whatever grade." Acts 1892, p. 37, sec. 24. "The preceding section shall not be so construed as to embrace cases which have been appealed from justices', mayors' or other inferior courts to the County Court, and in which the judgment rendered or fine imposed by the County Court shall not exceed $100, exclusive of cost. In such cases, the judgment of the County Court shall be final." Id., sec. 25. This legislation is authorized by the Constitution. Const., art. 5, sec. 16.

The appeal is dismissed.

*Dismissed.*

Judges all present and concurring.